IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PATRICK F. JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:17-CV-219-WKW |
| | ) | [WO] |
| NANCY A. BERRYHILL, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On May 1, 2018, the Magistrate Judge filed a Recommendation (Doc. # 14) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 14) is ADOPTED;

2. This case is DISMISSED without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

A final judgment will be entered separately.

DONE this 19th day of June, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE